## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| GOVINDA LUITEL,<br>Appellant,<br>vs.<br>LILA PARAJULI-LUITEL,<br>Respondent. | No. 72815 |
| GOVINDA LUITEL,<br>Appellant,<br>vs.<br>LILA PARAJULI-LUITEL,<br>Respondent. | No. 72816 |

**FILED**

MAY 0 1 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DISMISSING APPEALS*

These are pro se appeals from a divorce decree and an order extending a temporary protective order. Eighth Judicial District Court, Family Court Division, Clark County; Denise L. Gentile, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals jurisdictional defects. Specifically, it appears that the notice of appeal was prematurely filed, before entry of a final written divorce decree, and is therefore of no effect. *See* NRAP 4(a)(1). A district court's oral pronouncement from the bench, a minute order, and even an unfiled written order do not definitively resolve a disputed matter and cannot be appealed. *See Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987).

In addition, the order extending a temporary protective order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). Because no statute or

SUPREME COURT
OF
NEVADA

(O) 1947A

17-14258

court rule provides for an appeal from an order extending a temporary protective order, we conclude that we lack jurisdiction and we

ORDER these appeals DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Denise L. Gentile, District Judge, Family Court Division
Govinda Luitel
Law Offices of Robert L. Hempen II
Eighth District Court Clerk